# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL FILE NO. |
| v. | 1:12-CR-282-WSD |
| CALLISTUS EZIUKWU, | |
| Defendant. | |

## ORDER

On October 16, 2013, Defendant Eziukwu came before me for his initial appearance on a warrant signed by the Honorable William S. Duffey for supervised release violations. Based on Defendant's signed financial affidavit and his statements to the Pretrial Services Officer, I appointed Ms. Vionnette Reyes Johnson of the Federal Defender Program as his attorney.

However, at the detention hearing, the Government brought forth evidence that Mr. Eziukwu had the financial means to retain his own counsel, and, in fact, had retained Mr. Peter Odom to represent him at his detention hearing.

I therefore reverse my earlier finding that Defendant Eziukwu qualifies for court-appointed counsel. The Clerk is DIRECTED to terminate Ms. Johnson from the docket as counsel for Defendant.

**SO ORDERED** this 29th day of October, 2013.

_____
GERRILYN G. BRILL
UNITED STATES MAGISTRATE JUDGE